United States District Court
District of New Mexico
333 Lomas Blvd. Suit "220
Albuquerque, New Mexico 82102

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 15 2016  lmn
MATTHEW J. DYKMAN
CLERK

Herbert Glenn Head
80498-G-10 P.O. Box 1059
Santa Fe, New Mexico 87504

V.

The New Mexico State Prison,
Medical Department and Any
and all physicians, or Doctors

Case Number # 16cv593 KG/SCY

## Declaration of Facts:

I Now Do Declare Under the Penalty of Perjury. That any and all things that are so stated in this Writ. Are all true and correct to the best of my ability. So Help Me God, As is so Now Stated on this Date of June 11, 2016

By Herbert Glenn Head who is now filling this Declaration of Facts with the Honorable Court

Herbert G. Head

United States District Court
District of New Mexico
333 Lomas Blvd. suit "220
Albuquerque, New Mexico 87102

Herbert Glenn Head
80498-6-10
V.
The New Mexico State Prison,
Medical Department and Any
and All Doctors, or Physicians

CASE NUMBER #

## Writ of Mandamass:

I Herbert G. Head do now come before this Honorable court with this Writ of mandate, in the hope that this court will now order that the medical department and any and all doctors, or physicians will now comply with the preestablished condition and treatment for the ongoing condition with the proper pain medication, that Mr. Head was on before being sent to state prison.

United States District Court
District of New Mexico
333-Lomas Blvd. Suit #220
Albuquerque, New Mexico 87102

Herbert Glenn Head
80498-6-10. P.O. Box #1059
Santa Fe, New Mexico 87504

CASE NUMBER #_____

## Points of Authority:

In the United States any and all partys shall at all times be given the proper medical treatment and or any medication that a doctor or a specialist may have then previously prescribe to deal with on going and very severe pain. From a condietion that was being so treated prior to there being incarcerated in state prison. As this court fully knows. That it is not legal for a state prison or a doctor in that prison to then termanat a pain medication. That a doctor has placed that person on. And that they were using at the time of there being sent to prison. That no made up police by the prison can stop the proper treatment for pain in the United States of America. No person shall at

ANY GIVEN TIME EVER BE DENIED THE PROPER MEDICAL TREATMENT OR ANY MEDICATION THAT A DOCTOR HAS ALL READY GIVEN TO THAT SAID PERSON. THAT BECAUSE A PERSON MAY BE SENT TO A STATE PRISON. THAT PRISON CAN NOT MAKE UP A SELF SERVING POLICE. THAT WILL DICTATE TO, OR RESTRICT A DOCTOR FROM ADMINISTRATING THE PROPER MEDICATION FOR PAIN. THE UNITED STATES SUPREME COURT HAS ALREADY MADE A RULLING ON THIS MATTER. THAT ANY AND ALL PARTYS SHALL BE GIVEN AT ALL TIMES, THE PROPER MEDICAL TREATMENT AND ANY AND ALL MEDICATION FOR THE ON GOING TREATMENT OF PAIN. THAT A PERSON THAT IS IN A STATE PRISON, IS STILL ENTITLED TO THE PROPER MEDICATION FOR PAIN. (PLEASE SEE: U.S. V. MARTENES 2012 OR U.S. V. MARTEN 2014)

THE DOCTOR'S WILL NOT REQUEST THAT A RECORD OF THE TREATMENT BE SENT TO THEM. BECAUSE AS THEY HAVE ALL STATED: "IF I REQUEST THAT I BE SENT A COPY OF YOUR MEDICATION, OR YOUR ON GOING TREATMENT." "THEN I WILL HAVE TO COMPLY WITH THAT TREATMENT AND OR MEDICATION THAT IS IN DIRECT CONTRAST TO THE POLICE OF DEPARTMENT OF PRISONS."

I now request that this court will order. That a copy of any and all paper work will be sent to this court. So that this Honorable court can see, that there is an on going conspiracy by all of the so stated persons. So that Inmate Head can be deprived of proper medical treatment and or medication for pain. I need not take up this courts time with a on going rhetorical disertation on fundamental Human Rights. As to the proper treatment of a person in any state prison. It is so very appalling that a person is being deprived of sound medical treatment by the Department of prison. With a policy that was made by none medical persons. I now do request that a copy of the so stated medical records be sent to this person. So that this information will be made know to all partys. So that this court can then see, that they are not adhering to a previous condiction and the proper medication for that on going condiction. All because of the policy of the state prison, "that no person can ever be given any pain medication. At any time for any reason. In state prison."

I now ask that this court will order the medical department to get a copy of all of the medication. That a Doctor Ahussa had given to Mr. Head for the treatment

of pain. Doctor AlHussa is at the Prespetrian Medical Center in Albuquerque, New Mexico. tHAt I SHALL Also BE GiVEN tHAt same pAiN mEDicAtion tell my RELEASE. oN SEp. 17, 2012

HERBERT GLENN HEAD

6901 - Los Volcanos q 103
Albuquerque, N.M. 87101
505-322-4840

Declaration of Facts:

I now do give my permission for the court to assistant any and all of my medical records. That you may have on my treatment at your address. By Doctor Altussa.

It was so stated on this date of: June 11, 2016 By myself.

Herbert Glenn Head
HERBERT GLENN HEAD

HERBERT HEAD
80498-6-10
P.O. Box 1059
Santa Fe, New Mexico
87504-1059

RECEIVED
At Albuquerque NM
JUN 1 5 2016
MATTHEW J. DYKMAN
CLERK

LEGAL
MAIL

MAILED FROM PENITENTIARY
OF NEW MEXICO (SANTA FE)

Bank Swallow
FOREVER USA

United States District Court:
Office of the Clerk of the Court
333-Lomas Blvd Suit 270th
Albuquerque, New Mexico 87102

87102$2274 C023