IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HERBERT GLENN HEAD,

    Plaintiff,

vs.                                                                                           No. CV 16-00593 KG/SCY

THE NEW MEXICO STATE PRISON,
MEDICAL DEPARTMENT AND ANY
AND ALL PHYSICIANS OR DOCTORS,
DOCTOR BIRDSONG,

    Defendants.

## JUDGMENT

**THIS MATTER** came before the Court under 28 U.S.C. § 1915(e)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure on the Amended Complaint filed by Plaintiff Herbert Head (Doc. 15) and the Court having entered its Memorandum Opinion and Order dismissing all claims under Rule 12(b)(6) and § 1915(e)(2)(B),

**IT IS ORDERED** that **JUDGMENT** is entered and (1) the Amended Complaint filed by Plaintiff (Doc. 15), and all federal claims and causes of action under 42 U.S.C. § 1983 are **DISMISSED** with prejudice for failure to state a claim on which relief can be granted and (2) any state law claims are **DISMISSED** without prejudice to filing of a proceeding in state court by Plaintiff.

_____
UNITED STATES DISTRICT JUDGE